NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-1606
consolidated with 03-1607**

**STATE OF LOUISIANA**

**VERSUS**

**KERRY J. DOUCET, JR.**

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 79,393,
HONORABLE HERMAN C. CLAUSE, DISTRICT JUDGE

************

**MICHAEL G. SULLIVAN
JUDGE**

************

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Michael Harson**
  District Attorney
**William T. Babin**
  Assistant District Attorney
**Post Office Box 3306**
**Lafayette, Louisiana   70502**
**(337) 232-5170**
**Counsel for State of Louisiana**

**Lynden J. Burton**
**Pecantte-Burton & Burton**
**1407 Main Street**
**Jeanerette, Louisiana   70544**
**(337) 276-7888**
**Counsel for Defendant/Appellant:**
       **Kerry J. Doucet, Jr.**